# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| University House Tempe LLC, et al., | No. CV-19-05196-PHX-MTM |
| Plaintiffs, | **ORDER** |
| v. | |
| Noah Jones, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (doc. 44), filed March 9, 2021. The parties notified the Court on February 19, 2021 that they had settled this case. (Doc. 43). The parties have agreed to dismiss this action with prejudice as to all parties and all claims, and for each party to bear their own fees and costs.

**IT IS ORDERED:**

(1)   The Stipulation for Dismissal With Prejudice (doc. 44) is **granted**.

(2)   Pursuant to the parties' agreement, this action is **dismissed with prejudice**. Each party shall bear their own fees and costs.

(3)   The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 9th day of March, 2021.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge